UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville Division

ALEXIS WILKINS,

Plaintiff,

v.

Case No.: 3:26-cv-725-EJR-LAE

VERSANT MEDIA GROUP, INC.
d/b/a MS NOW et al.,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND

Plaintiff Alexis Wilkins, by counsel, respectfully moves this Court for an extension of time for Defendant Versant Media Group, Inc. d/b/a MS NOW, Defendant Carol Leonnig, and Defendant Ken Dilanian (collectively, "Defendants"), to answer or otherwise respond to the Complaint on or by August 11, 2026.

Defendants have agreed to accept service via email, as evidenced by the attached email, in exchange for a 60-day extension on their deadline to respond to the Complaint, as they are in the process of obtaining local counsel. Good cause exists to grant this motion because all parties consent to the modified briefing schedule, and because the modified briefing schedule allows Defendants additional time to obtain counsel admitted in this Court.

For these reasons, the Parties respectfully request for this Court to grant the motion and set August 11, 2026, as the due date for the Defendants to answer or otherwise respond.

Dated: June 16, 2026

ALEXIS WILKINS
By Counsel

Respectfully submitted,

/s/ Kurt V. Beasley

Kurt V. Beasley
WATERFORD LAW GROUP, PLLC
P.O. Box 1089
Franklin, Tennessee 37065
Phone: (615) 373-2500
kbeasley@waterfordlaw.com

Jason C. Greaves, *PHV pending*
Jared R. Roberts, *PHV pending*
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jason@binnall.com
jared@binnall.com

*Counsel for Plaintiff Alexis Wilkins*

**CERTIFICATE OF SERVICE**

I certify that on June 16, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, and was delivered, by electronic mail, to the Defendants, as follows:

Michael Berry
BALLARD SPAHR
BerryM@ballardspahr.com
*Counsel for Defendants*

/s/ Kurt V. Beasley

Kurt V. Beasley
*Counsel for Plaintiff*

3