# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

ALEXIS WILKINS

Case No. 3:26-cv-00725

v.

VERSANT MEDIA GROUP, INC. d/b/a MS NOW, CAROL LEONNIG, and KEN DILANIAN

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Michael Berry hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court:

Eastern District of Pennsylvania

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

None.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Ty E. Howard, Bradley Arant Boult Cummings LLP, 1221 Broadway, Suite 2400, Nashville, TN 37203, (615) 252-2376, thoward@bradley.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Michael Berry

/s/_____ Signature

Name: Michael Berry

State where admitted and State Bar Number: Pennsylvania, 86351

Business Address: Ballard Spahr LLP, 1735 Market St., 51st Fl., Philadelphia, PA 19103

Local Address [if different from above]:

Phone: (215) 988-9773

Email: berrym@ballardspahr.com