UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALEXIS WILKINS,

    Plaintiff,

      v.

VERSANT MEDIA GROUP, INC.
d/b/a MS NOW,

CAROL LEONNIG, and

KEN DILANIAN,

    Defendants.

Case No. 3:26-cv-00725

JUDGE RICHARDSON
MAGISTRATE JUDGE EVANS

JURY DEMAND

**UNOPPOSED MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE**

On May 30, 2026, the Court entered its standard order scheduling an initial
case management conference (DE 6.) The conference is currently set for August 13,
2026. Lead counsel for the defendants is scheduled to be traveling out of state that
day to help move his son in for his freshman year at college. Defense counsel has
consulted with plaintiff's counsel, and plaintiff's counsel has no objection to
continuing the conference to another day.

For the foregoing reasons, defendants respectfully request that the Court
continue the case management conference. For the Court's convenience, the parties
conferred about available dates for the conference if this motion is granted. In
August and September, all counsel are available on August 18-20, 24-25, September

9, 17, and 22. Accordingly, the parties respectfully request that the conference be rescheduled on one of those days, subject to the Court's availability.

Respectfully submitted.

Dated: July 23, 2026

s/ Ty E. Howard
Ty E. Howard (No. 26132)
Brooke Sgambati
BRADLEY ARANT BOULT CUMMINGS LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 244-2582
thoward@bradley.com
bsgambati@bradley.com

Michael Berry (*pro hac vice application pending*)
Jacquelyn N. Schell (*admitted pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 988-9773
berrym@ballardspahr.com
schellj@ballardspahr.com