UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS WILKINS, | |
| Plaintiff, | Case No. 3:26-cv-00725 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Luke A. Evans |
| VERSANT MEDIA GROUP, INC., et al., | |
| Defendants. | |

## <u>ORDER</u>

Defendants Verand Media Group, Inc., Carol Leonnig, and Ken Dilanian's unopposed motion to continue the initial case management conference set on August 13, 2026 (Doc. No. 18) is GRANTED. The initial case management conference is CONTINUED to August 18, 2026 at 9:00 a.m. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

By no later than August 13, 2026, the parties are reminded of their obligation to file a joint proposed case management order. The parties shall also email a Word version of the joint proposed case management order to TNMDEvansChambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge