

# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Jul 27, 2026 12:20PM

Ballard Spahr LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

| Rcpt. No: 300008608 | Trans. Date: Jul 27, 2026 12:20PM | | | Cashier ID: #SH (6306) | |
| --- | --- | --- | --- | --- | --- |
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DTNM307ATPROHAC /001<br>CLERK, UNITED STATES DISTRICT COURT | 1 | 150.00 | 150.00 |

| **CD** | **Tender** | | | | **Amt** |
| --- | --- | --- | --- | --- | --- |
| PC | Check/Money Order | #659551 | 07/27/2026 | | $150.00 |
| | | | Total Due Prior to Payment: | | $150.00 |
| | | | Total Tendered: | | $150.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: 3:26-cv-725 for Michael Berry

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Case 3:26-cv-00725    Document 20    Filed 07/27/26    Page 1 of 1 PageID #: 64