**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| ALEXIS WILKINS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 3:26-cv-00725 |
| | : | |
| v. | : | District Judge Eli J. Richardson |
| | : | Magistrate Judge Luke A. Evans |
| VERSANT MEDIA GROUP, INC. d/b/a MS | : | |
| NOW, CAROL LEONNIG, and KEN DILANIAN, | : | JURY DEMAND |
| | : | |
| Defendants. | : | |
| | : | |

## <u>DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER</u>

Defendants Versant Media Group, Inc., Carol Leonnig, and Ken Dilanian (collectively, "Defendants") respectfully move to dismiss Plaintiff Alexis Wilkins' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2), as the Court lacks general and specific jurisdiction over any of the Defendants. Alternatively, Defendants move, pursuant to 28 U.S.C. § 1404, to transfer venue to the United States District Court for the District of Columbia, where most of the parties are located and where most of the work on the article at issue was performed. In support of these arguments, Defendants submit the attached Memorandum of Law and Declarations of Jayshree Mahtani, Carol Leonnig, and Ken Dilanian.

If the Court allows this lawsuit to proceed in this District, Defendants respectfully move to dismiss the Complaint with prejudice for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). As explained in the Memorandum of Law, the defamation and privacy claims fail as a matter of law because both claims rely on interpretations of the challenged article that are not reasonable, the article is not capable of any

defamatory meaning about Wilkins, and the article does not cast her in a false light that would be "highly offensive" to a reasonable person.

Dated: August 11, 2026

Respectfully submitted,

/s/ *Michael Berry*
Michael Berry (*pro hac vice*)
Jacquelyn N. Schell (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
berrym@ballardspahr.com
schellj@ballardspahr.com

Ty E. Howard (No. 26132)
Brooke Sgambati
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
(615) 244-2582
thoward@bradley.com
bsgambati@bradley.com

*Counsel for Defendants Versant Media Group, Inc., Carol Leonnig, and Ken Dilanian*

2