# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ALEXIS WILKINS,

      Plaintiff,

      v.

VERSANT MEDIA GROUP, INC. d/b/a MS NOW, CAROL LEONNIG, and KEN DILANIAN,

      Defendants.

Civil Action No.: 3:26-cv-00725

District Judge Eli J. Richardson
Magistrate Judge Luke A. Evans

JURY DEMAND

## DECLARATION OF CAROL LEONNIG

I, Carol Leonnig, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am over the age of 18, have personal knowledge of the below facts, and am competent to testify to them.

2. I am a Senior Investigative Reporter at MS NOW. I am based out of MS NOW's bureau in Washington, D.C. and was based out of that bureau while working on the article at issue in this lawsuit ("Article").

3. I currently live in Washington, D.C. and lived there when I worked on the Article.

4. I conducted all of my work for the Article from the Washington, D.C. metropolitan area.

5. I have never lived in the state of Tennessee, did not travel to Tennessee in connection with the Article, and do not own any property there.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 11, 2026

_____
Carol Leonnig