# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS WILKINS, | : |
| Plaintiff, | : Civil Action No.: 3:26-cv-00725 |
| v. | : District Judge Eli J. Richardson |
| | : Magistrate Judge Luke A. Evans |
| VERSANT MEDIA GROUP, INC. d/b/a MS | : |
| NOW, CAROL LEONNIG, and KEN DILANIAN, | : JURY DEMAND |
| Defendants. | : |

## DECLARATION OF KEN DILANIAN

I, Ken Dilanian, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.     I am over the age of 18, have personal knowledge of the below facts, and am competent to testify to them.

2.     I am a Justice and Intelligence Correspondent at MS NOW.  I am based out of MS NOW's bureau in Washington, D.C. and was based out of that bureau while working on the article at issue in this lawsuit ("Article").

3.     I currently live in Washington, D.C.  I lived in _Bethesda_, Maryland (a suburb of Washington, D.C. and part of the D.C. metropolitan area) until recently, including while I worked on the Article.

4.     I conducted all of my work for the Article from MS NOW's D.C. bureau, my home in Maryland, and the D.C. metropolitan area.

5.     I have never lived in the state of Tennessee, did not travel to Tennessee in connection with the Article, and do not own any property there.

I declare under penalty of perjury that the foregoing is true and correct.


Date:   August 11, 2026                    _____
                                           Ken Dilanian