ALEXIS WILKINS,
    Plaintiff,

v.

VERSANT MEDIA GROUP, INC., et al.,
    Defendants.

Case No. 3:26-cv-00725

Judge Eli J. Richardson
Magistrate Judge Luke A. Evans

## **ORDER**

This matter was reset for an initial case management conference on August 18, 2026, at 9:00 a.m. (Doc. No. 19). The parties subsequently filed a proposed case management order on August 13, 2026; however, "Defendants' Motion to Stay Discovery and Supporting Memorandum of Law" was also filed on August 13, 2026 (Doc. No. 24, "Motion to Stay"). The Motion to Stay indicates that Plaintiff opposes the relief requested (*Id.*),[1] and the record reflects that Plaintiff has not yet filed a response.

Accordingly, Plaintiff shall file a response to the pending Motion to Stay (Doc. No. 24) no later than August 17, 2026.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge

---

[1]     The Motion to Stay also indicated that the request to stay discovery was only until the Court rules on the pending Motion to Dismiss or to Transfer as filed by Defendants on August 11, 2026 (Doc. Nos. 23 and 24).