UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXIS WILKINS,<br><br>Plaintiff,<br><br>v.<br><br>VERSANT MEDIA GROUP, INC., et al.,<br><br>Defendants. | Case No. 3:26-cv-00725<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

**ORDER**

Counsel for the parties appeared for a case management conference with the Magistrate Judge on August 18, 2026. For the reasons discussed in the conference, the initial case management conference is CONTINUED to September 9, 2026 at 10:00 a.m. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8328# to participate.

The parties shall file an amended proposed initial case management conference, if necessary after the Court's ruling on Defendant's motion to stay discovery.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge