**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

ALEXIS WILKINS

v.

VERSANT MEDIA GROUP, INC., d/b/a MS NOW, CAROL LEONNIG, and KEN DILANIAN

Case No. 3:26-cv-00725

Judge Eli J. Richardson

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Anna Kaul hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: Southern District of New York
Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

None.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

| |
|---|
| None. |

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

| |
|---|
| None. |

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Ty E. Howard (No. 26132)
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400, Nashville, TN 37203
(615) 252-2376, thoward@bradley.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Anna Kaul Signature

Name: Anna Kaul

State where admitted and State Bar Number: New York, 5935002

Business Address: Ballard Spahr LLP, 2000 IDS Center, 80 S. 8th St., Minneapolis, MN 55402

Local Address [if different from above]:

Phone: (612) 371-3224

Email: kaula@ballardspahr.com

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

ANNA KAUL, Bar # 5935002

was duly admitted to practice in the Court on

June 28, 2022

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On October 21, 2026

Tammi M. Hellwig
Clerk of Court

By s/ R. Juliano
Deputy Clerk